UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Derrick Phipps
                               Plaintiff,

v.                                         Case No.: 1:07–cv–03889
                                                      Honorable Elaine E. Bucklo

Sheriff of Cook County, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2007:

      MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 10/3/2007 and the court approved parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 11/16/07. Defendant shall comply with FRCP(26)(a)(2) by 12/16/07.Dispositive motions with supporting memoranda due by 5/1/2008. Pretrial Order due by 9/2/2008.Status hearing set for 3/14/2008 at 10:00 AM. This case is referred to Magistrate Judge Cole for supervision of discovery and judge Cole is requested to set deadlines for discovery. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.