UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Derrick Phipps
                            Plaintiff,

v.                                                                Case No.: 1:07–cv–03889
                                                                   Honorable Elaine E. Bucklo

Sheriff of Cook County, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 17, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Fairness hearing held on 9/17/2010. IT IS ORDERED that the proposed settlement be, and the same hereby is, approved. Any pending motion in this case is terminated as moot. See Order for details.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.