IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Derrick Phipps, et al., *Plaintiffs* | ) | |
| -*vs*- | ) | No. 07 CV 3889 |
| Sheriff of Cook County and Cook County, | ) | *(Judge Bucklo)* |
| *Defendants.* | ) | |

# ORDER

The Court has reviewed the proposed settlement of this class action and, having held a hearing on the fairness of the settlement, finds that notice of the proposed settlement has been provided to all class members by first class mail to his (or her) last known address and that the proposed settlement is fair, reasonable, and adequate. Accordingly,

IT IS ORDERED that the proposed settlement be, and the same hereby is, approved.

IT IS FURTHER ORDERED:

The time for class members to submit claims is extended to November 15, 2010.

Defendant Cook County shall, within 30 days, pay incentive awards in the amount of $25,000 to James Grant, Kenneth Courtney, and Derrick Phipps, $15,000 to Kevin House, and $10,000 to David Eldefonso.

Defendant Cook County shall pay to attorneys Kenneth N. Flaxman and Thomas G. Morrissey the sum of $35,000 as reimbursement for expenses and $700,000 as compensation for attorneys fees, the fees to be paid in two installments as set out in the settlement agreement.

The Court reserves jurisdiction to September 1, 2011 to enforce the terms of the settlement agreement.

ENTER: Elaine E Bucklo

*9/17/2010*
*Elaine E. Bucklo*
*United States District Judge*